UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-cr-2828-GPC |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Hector Rivera, | |
| Defendant. | |

**FILED FEB 1 0 2023**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☒ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

21:952 and 960 - Importation of Methamphetamine (Felony)
21:952 and 960 - Importation of Cocaine (Felony)

Dated: 02/10/23

Hon. Gonzalo P. Curiel
United States District Judge